LEON GORDON, Appellant, v. GERTRUDE CRAWFORD, Respondent.— Order of the Supreme Court, Suffolk County, entered September 5, 1973, affirmed, without costs. On its own motion the court hereby directs that this case be given a preference in trial. Hopkins, Acting P. J., Latham, Shapiro, Brennan and Munder, JJ., concur.